IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No. 4:23-cv-00552-CLM |
| MISTY GECKLES, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| MUELLER CO., LLC & IH SERVICES, INC., | ) ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiffs Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor, Misty Geckles, and Defendants Mueller Co., LLC and IH Services, Inc., hereby move this Honorable Court for approval and entry of the attached Consent Decree. In support of their Joint Motion, the Parties state as follows:

1.  The EEOC and Defendants have negotiated the attached Consent Decree as a resolution of the EEOC's claims in the above-captioned case. (Exhibit 1).

2.  The EEOC and Defendants believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3.  The EEOC and Defendants believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4.  Plaintiff-Intervenor has no objection to the entry of this Consent Decree.

2

5. The entry of this Consent Decree will be in the best interest of the parties, those for whom the EEOC seeks relief, and the public.

Respectfully submitted,

*/s/ Gina Pearson*
**GINA PEARSON**
Trial Attorney
AL Bar No.: ASB-3971-H61g
gina.pearson@eeoc.gov
**MARSHA L. RUCKER**
Regional Attorney
PA Bar No. 90041
marsha.rucker@eeoc.gov
**GERALD L. MILLER**
Assistant Regional Attorney
AL Bar No.: ASB-1454-E52G
gerald.miller@eeoc.gov
**BRYAN A. GRAYSON**
Supervisory Trial Attorney
AL Bar. No. ASB-8944-N65G
bryan.grayson@eeoc.gov
**Barbara Wells**
Trial Attorney
AL Bar No.: ASB-1658-R58B
barbara.wells@eeoc.gov

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office
1130 22nd Street South
Suite 2000
Birmingham, AL 35205
Phone: (205) 615-7041

*/s/ Shannon Miller*
**SHANNON MILLER**
Jackson Lewis P.C.
800 Shades Creek Parkway, Ste. 879
Birmingham, AL 35209
Shannon.miller@jacksonlewis.com
205-332-3102

*/s/ Daniel Wolter*
**DANIEL WOLTER**
Daniel Wolter Law Firm, LLC
402 Office Park Drive
Birmingham, AL 35223
dwolter@wolterfirm.com
205-983-6440

*Teri Mastando*
**TERI MASTANDO**
Mastando & Artrip LLC
301 Holmes Ave. NE, Ste. 100
Huntsville, AL 35801
teri@mastandoartrip.com
256-532-2222

## CERTIFICATE OF SERVICE

I hereby certify that on October 2023, 2023, I filed this Joint Motion for Entry of Consent Decree with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all counsel of record.

                                                                            */s/ Gina Pearson*
                                                                            Gina Pearson